**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-02078-REB-MEH

ISAIAS GALLARDO,

Plaintiff,

v.

RAKHRA MUSHROOM FARM CORP, and
DON CLAIR,

Defendants.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#22][1] filed December 20, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#22] filed December 20, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for August 3, 2012, is **VACATED**;

3. That the jury trial set to commence August 20, 2012, is **VACATED**; and

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 20, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge