**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02078-REB-MEH

ISAIAS GALLARDO,

    Plaintiff,

v.

RAKHRA MUSHROOM FARM CORP, and
DON CLAIR,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss With Prejudice** [#22][1] filed December 20, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#22] filed December 20, 2011, is **GRANTED**;

    2. That the Trial Preparation Conference set for August 3, 2012, is **VACATED**;

    3. That the jury trial set to commence August 20, 2012, is **VACATED**; and

---

[1] "[#22]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

      4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

      Dated December 20, 2011, at Denver, Colorado.

      **BY THE COURT:**

Robert E. Blackburn
United States District Judge

2